UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED'06 SEP 29 14:14USDC-ORP

GALA WRIGHT,

            Plaintiff,

    v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

            Defendant.

No. CV 05-3043-HU

OPINION AND ORDER

**MOSMAN, J.,**

On June 28, 2006, Magistrate Judge Hubel issued Findings and Recommendation ("F&R") (#17) in the above-captioned case recommending the Commissioner's decision be affirmed. Ms. Wright filed timely objections on July 11, 2006. The magistrate judge only makes recommendations to the district court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. Where objections have been made, I conduct a *de novo* review. 28 U.S.C. § 636(b)(1)(C). I am not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are made. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

PAGE 1 - OPINION AND ORDER

Upon review of Ms. Wright's objections, I agree with Judge Hubel's analysis and recommendation to AFFIRM the Commissioner's decision. Thus, I ADOPT the F&R as my own opinion.

IT IS SO ORDERED.

DATED this 29 day of September, 2006.

MICHAEL W. MOSMAN
United States District Court